UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY FRANK RAINES and | ) | CASE NO. 23-08005 |
| JULIE RAINES | ) | |
| | ) | |
| DEBTORS. | ) | HON.  JANET S. BAER |

### NOTICE OF MOTION

TO:   See attached list

PLEASE TAKE NOTICE that on **Friday, September 8, 2023, at 11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in that judge's place, **either** in courtroom 615 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the **Motion of the United States Trustee for an Extension of Time to Object to Discharge and to File Motion to Dismiss**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is **160 731 2971** and the passcode is **587656.** The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

> */s/ M. Gretchen Silver*
> M. Gretchen Silver, Trial Attorney
> Office of the United States Trustee
> 219 S. Dearborn, Room 873
> Chicago, Illinois 60604
> (312) 353-5054

## CERTIFICATE OF SERVICE

      I, M. Gretchen Silver, an Attorney, certify that on August 31, 2023, caused to be served copies of the **Notice, Motion of the United States Trustee to Extend Time to File Objection to Discharge Under and to File Motion to Dismiss, and Proposed Order** on the ECF Registrants shown below *via* the Court's Electronic Notice for Registrants and *via* First Class US Mail by BMC Group on all other entities shown at the addresses listed below. A supplement to this Certificate of Service from BMC Group will be filed.

                                                                                */s/ M. Gretchen Silver*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

- **Robert W Glantz**    rglantz@muchlaw.com, orafalovsky@foxrothschild.com
- **Cari A Kauffman**    ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Thomas E Springer**    tspringer@springerbrown.com, IL85@ecfcbis.com;mspringer@springerbrown.com

**Parties Served via First Class Mail:**

Anthony & Julie Raines
221 Bromer Road
Medinah, IL 60157

Anthony & Julie Raines
221 Broker Road Road
Bloomingdale, IL 60108

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ANTHONY FRANK RAINES AND, | ) | CASE NO. 23-08005 |
| JULIE RAINES | ) | |
| | ) | |
| DEBTORS. | ) | HON.  JANET S. BAER |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF
TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois, by his attorney, M. Gretchen Silver, and pursuant to 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004(b), hereby requests this Court to grant an extension of time to object to the discharge of Anthony Frank Raines and Julie Raines (the "Debtors"), and to file a motion dismiss the Debtors' case for abuse pursuant to 11 U.S.C. § 707 and Fed. R. Bankr. P. 1017(e)(1). In support of this request, the U.S. Trustee states as follows:

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

3. On June 19, 2023 (the "Petition Date"), the Debtors filed their voluntary petition for relief Chapter 7 of the Bankruptcy Code. On or about that same date, Thomas E. Springer (the "Chapter 7 Trustee") was appointed Chapter 7 Trustee in the Debtor's case.

4. The Debtors indicate their debts are primarily business debts.

5. The Debtors' Schedule A/B [Dkt. 18] reflects real property located 221 Broker Road, Medinah, IL 60157 with a value of $1,250,000.00 and a 10% interest in real property located at 1110 Tuscany Drive, Bartlett, IL 60103 with an unknown value. No vehicles are listed and total personal property in the amount of $103,650.00, of which, $90,000.00 is a 401(k) account with Fidelity. The Debtors disclose no businesses on Schedule A/B.

6. Schedule E/F [Dkt. 18] reflects the Debtors owe no priority debt and owe $5,196,925.00 in unsecured debt of which $4,250,000.00 is listed as "trade debt" owed to Lincoln Way Bank.

7. Schedule I [Dkt. 18] reflects Anthony Frank Raines is self-employed and works for Entertainment Enterprises earning $2,000.00 gross wages per month. Schedule I, Line 8a, lists monthly net income of $2,000.00 from rental property and from operating a business, profession, or farm. Julie Raines is employed as a ultra-sound tech at Edward Elmhurst Memorial Hospital earning gross wages of $1,400.00 per month.

8. The Statement of Financial Affairs [Dkt. 15], question four reflects the Debtors had $38,000 in combined gross wages from January 1, 2023, to the date of filing bankruptcy, $210,000 in combined gross wages in 2022, and $410,000 in combined gross wages in 2021.

9. The Statement of Financial Affairs [Dkt. 15], question 5 reflects Anthony Raines had $60,000.00 in gross income from interest/dividends in 2022, and $100,000.00 in gross income from interest/dividends in 2021.

10. The Statement of Financial Affairs [Dkt. 15], question 27 reflects a general contracting business named Division 3 Corporation that operated from 5/1/2009 – 11/15/2022.

11. On August 14, 2023, the United States Bankruptcy Court filed a notice of hearing on dismissal of case for failure to file the Statement of Monthly Income (Form 122A-1/122A-1Supp [Dkt. 26].

12. On August 16, 2023, a representative from the United States Trustee's office emailed Robert W. Glantz (Debtor's Counsel) and requested copies of tax returns, bank statements, and loan documents related to the $4,250,000.00 Lincoln Way Bank debt on Schedule E/F. In making the request, the U.S. Trustee asked counsel to explain why he had not filed the Statement of Monthly Income (Form 122A-1-122A1Supp) or his written fee agreement.

13. On August 28, 2023, Debtor's Counsel filed his written fee agreement and Form 122A-1-122A1 Supp with the bankruptcy court but to date the U.S. Trustee has not received any of the documents requested.

14. The initial meeting of creditors pursuant to 11 U.S.C. § 341 was set for July 17, 2023, but the Debtors were not examined on this date. The meeting of creditors was continued to August 7, 2023, but only one of the Debtors appeared and the Debtors were not examined on this date. The meeting or creditors was continued to August 28, 2023, but the Debtors were not examined due to the court's pending motion to dismiss and a new examination date has not yet been scheduled.

15. The last date to object to the Debtors' discharges under § 727 or to file a motion to dismiss under § 707 is currently set for September 15, 2023.

16. Contemporaneously with this motion, the U.S. Trustee is filing a motion for authority to conduct an examination of the Debtor pursuant to Fed. R. Bankr. P. 2004.

17. Based on the above, the U.S. Trustee requests additional time to investigate whether there may be a basis to object to the Debtors' discharges pursuant to 11 U.S.C. § 727(a) or to file

5

a motion to dismiss the Debtors' case pursuant to 11 U.S.C. § 707(b).

WHEREFORE, the U.S. Trustee respectfully asks the Court to extend the deadlines to object to the Debtors' discharges under § 727(a) and to file a motion to dismiss the Debtors' case under § 707 through and including December 14, 2023, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: August 31, 2023    By:    */s/ M. Gretchen Silver*
M. Gretchen Silver, Trial Attorney
Office of the United States Trustee
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054